UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -3 AM 10: 38

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | '07 MJ 2365 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Jose Ruben NIETO-Resendiz,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 1, 2007** within the Southern District of California, defendant, **Jose Ruben NIETO-Resendiz,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **OCTOBER, 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Ruben NIETO-Resendiz

## PROBABLE CAUSE STATEMENT

On October 1, 2007, Border Patrol Agent F. Polo of the Brown Field Station was assigned to line watch duties in an area known locally as Marron Valley in eastern San Diego County. This area is approximately seven miles west of the Tecate, California Port of Entry and approximately four miles north of the International Border between the United States and Mexico. Groups of undocumented aliens frequently use this area to further their illegal entry into the United States. At approximately 12:30 pm, Agent Polo responded to the activation of a seismic intrusion device. Upon arriving in the area of the device, Agent Polo observed a group of three individuals attempting to conceal themselves in some dense underbrush next to the foot trail. Agent Polo identified himself to the individuals as a United States Border Patrol Agent in the English and Spanish languages and questioned each of them separately to determine their citizenship and immigration status.

All individuals, including one later identified as the defendant **Jose Ruben NIETO-Resendiz**, stated that they were born in Mexico and that they were citizens and nationals of Mexico not in possession of immigration documents that would allow them to legally enter or remain within the United States. The defendant admitted that he had illegally crossed the border near Tecate, California through the mountains. All individuals including the defendant were arrested and transported to the SR-94 Border Patrol checkpoint for initial processing.

At the checkpoint, routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 27, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico and that he is not in possession of any immigration documents allowing him to enter or remain in the United States legally. The defendant admitted that he had entered the United States by walking through the mountains west of Tecate, California on September 30, 2007 at 11:00 pm.