AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES

v.

JOSE RUBEN NIETO-RESENDIZ

**APPEARANCE**

Case Number:  07MJ2365

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE RUBEN NIETO-RESENDIZ

I certify that I am admitted to practice in this court.

/s/ SHAFFY MOEEL

| 10/9/2007 | | /s/ SHAFFY MOEEL | |
|---|---|---|---|
| Date | | Signature | |
| | | Shaffy Moeel / Federal Defenders of SD | 238732 |
| | | Print Name | Bar Number |
| | | 225 Broadway, Suite 900 | |
| | | Address | |
| | | San Diego, CA  92101 | |
| | | City            State            Zip Code | |
| | | (619) 234-8467            (619) 687-2666 | |
| | | Phone Number            Fax Number | |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 9, 2007

_____ /s/ Shaffy Moeel _____
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org