AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | WAIVER OF INDICTMENT |
| JOSE RUBEN NIETO-RESENDIZ | |
| | CASE NUMBER: 07 CR 2991-JM |

I, JOSE RUBEN NIETO-RESENDIZ , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/1/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 01 2007
CLERK, U.S. ...
SOUTHERN D...NIA
BY ... UTY

Jose Ruben Nieto R.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER