# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR2991-JM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jose Ruben Nieto- Resendiz | ) | Booking No. 05178209 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __January 7, 2008__ the Court entered the following order:

✓ _____ Defendant be released from custody, as to this case only.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ _____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ _____ Other. __Case 07CR3347 JM still pending.__

**FILED**
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**